IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                          No. CR S-04-0359 WBS KJM

    vs.

FRANK ANGEL ORIHUELA,

    Movant.                            <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 27, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        Although it appears from the file that movant's copy of the findings and recommendations were returned, movant was properly served. It is the movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4  　　　　1. The findings and recommendations filed February 27, 2009, are adopted in
5  full;
6  　　　　2.  Movant's December 12, 2005 motion to vacate, set aside, or correct his
7  sentence under 28 U.S.C. § 2255 is denied; and
8  　　　　3. The clerk of the court is directed to close the companion civil case No. Civ S-
9  05-2506 WBS KJM P.
10 DATED:   April 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE